IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>JUSTIN WILLIAMS<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 13 CR 930 - 2<br><br>Magistrate Judge Jeffrey Cole |

## ORDER

Detention hearing held. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. In light of defendants claims that he is not receiving proper care for his head trauma and an old bullet wound, the recommends that defendant be transferred to the Metropolitan Correctional Center.

Date: December 10, 2013

(T: 0:15)