

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE SHADUR | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COLE |
|---|---|---|---|
| CASE NUMBER | 13-CR-00930 | DATE | 02 JANUARY 2014 |
| CASE TITLE | U.S. v. MALCOLM CARPENTER & JUSTIN WILLIAMS | | |

**DOCKET ENTRY TEXT**

13 CR 930

## Grand Jury Proceeding

The Grand Jury for  SPECIAL JULY 2013  the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _May M Rowld_

NO BOND SET. DETAINED BY MAGISTRATE JUDGE AS TO BOTH DEFENDANTS.

FILED

JAN - 2 2014

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                                     UNDER SEAL)

Courtroom Deputy Initials: