# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

U.S. v. Carpenter, et. al.

Case Number:

13 CR 930

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Justin Williams

| | |
|---|---|
| NAME (Type or print) <br> Stephen E. Eberhardt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Stephen E. Eberhardt  *Stephen E. Eberhardt* | |
| FIRM <br> Law Offices of Stephen E. Eberhardt | |
| STREET ADDRESS <br> 16710 Oak Park Avenue | |
| CITY/STATE/ZIP <br> Tinley Park, IL 60477 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6181963 | TELEPHONE NUMBER <br> 708-633-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ | |