# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | Case No: 13 CR 930-2 |
| | ) | |
| v. | ) | |
| | ) | Judge: Milton I. Shadur |
| Justin Williams, et al | ) | |
| Defendant | ) | |
| | ) | |

# **ORDER**

(T:) as to defendant Justin Williams only;
Arraignment and plea hearing held on 1/13/2014. Stephen E. Eberhardt is appointed as counsel for defendant. Defendant enters a plea of not guilty to the three(3) count indictment and denies the forfeiture allegations. Rule 16.1(a) submissions are to be made on or before 1/17/2014. Defendant is ordered to file any pretrial motions on or before 1/27/2014, and the government is ordered to respond to any such motions on or before 2/6/2014. Status hearing set for 2/19/2014 at 9:00 a.m. Defendant's presence is waived for the next status hearing if after conferring with counsel he chooses not to appear. Time is excluded from 1/13/2014 through 2/19/2014 under 18 USC §3161(h)(7)(A) and (B)(iv) until any motions are filed, then the exclusion is pursuant to 18 USC §3161(h)(1)(D). (X-T).

00:15

Date: 1/13/2014  /s/ Milton I. Shadur

SRB