# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                 Case No.: 1:13–cr–00930
                                                 Honorable Milton I. Shadur

Malcolm Carpenter, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: as to defendants Malcolm Carpenter and Justin Williams; Defendant Carpenter's unopposed motion to extend the deadline to file pretrial motions [25] and defendant Williams' motion to adopt Carpenter's motion to extend [27] are granted. Time to file pretrial motions is extended to and including 3/28/2014. Status hearing set for 2/19/2014 at 9:00 a.m. stands. No appearance necessary on 1/24/2014. Time continues to be excluded to the next status hearing. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.