# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                   Case No.: 1:13–cr–00930
                                                           Honorable Milton I. Shadur

Malcolm Carpenter, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: as to defendants Malcolm Carpenter and Justin Williams; Status hearing held on 2/19/2014 and continued to 4/9/2014 at 9:00 a.m. Defendants' presence is waived for the next status hearing if after conferring with counsel either one or both chooses not to appear. Time continues to be excluded from 2/20/2014 through 4/9/2014 under 18 USC §3161(h)(7)(A) and (B)(iv) until any motions are filed, at which time the exclusion is pursuant to 18 USC §3161(h)(1)(D). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.