UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALCOLM CARPENTER and<br>JUSTIN WILLIAMS | No. 13 CR 930<br><br>Judge Milton I. Shadur |

**GOVERNMENT'S AGREED MOTION FOR EARLY
RETURN OF TRIAL SUBPOENAS**

The United States of America, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, moves for entry of an order authorizing the issuance of trial subpoenas with early return dates, and, in support thereof, states as follows:

1. The indictment in this case charges defendants with bank robbery, in violation of Title 18, United States Code, Section 2113(a) (Count 1); using, carrying, and brandishing a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) (Count 2); and being felons in possession of firearms that had traveled within interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1) (Count 3).

2. No trial date has been set yet.

3. The government seeks permission to issue trial subpoenas with early return dates so as to continue gathering materials that it expects to use at trial and at sentencing.

4. The government agrees that such an order should permit defendants the authority to issue trial subpoenas with early return dates as well.

5. The government has discussed this motion with counsel for both defendants, who agree to this motion.

WHEREFORE, the government respectfully moves this Court to enter an order authorizing the issuance of trial subpoenas with early return dates.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ Kelly M. Greening
KELLY M. GREENING
Assistant U.S. Attorney
219 S. Dearborn, Fifth Floor
Chicago, Illinois 60604
(312)353-4095

Dated: February 21, 2014