UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 13 CR 930 |
| | ) | Judge Milton I. Shadur |
| MALCOLM CARPENTER and | ) | |
| JUSTIN WILLIAMS | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, February 25, 2015 at 9:15 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Milton Shadur in the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and there present: **GOVERNMENT'S AGREED MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS** in the above-captioned case, at which time and place you may appear if you see fit.

By: */s/ Kelly M. Greening*
KELLY M. GREENING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4095

Dated: 2-21-2014