UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,
v.                                              Case No.: 1:13–cr–00930
                                                Honorable Milton I. Shadur
Malcolm Carpenter, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2014:

    MINUTE entry before the Honorable Milton I. Shadur: as to defendants Malcolm Carpenter and Justin Williams; Motion hearing held on 2/25/2014. The government's agreed motion for early return of trial subpoenas [30] is granted reciprocally. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.