UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

UNITED STATES OF AMERICA
                                         Plaintiff,
v.                                       Case No.: 1:13−cr−00930
                                         Honorable Milton I. Shadur
Malcolm Carpenter, et al.
                                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2014:

   MINUTE entry before the Honorable Milton I. Shadur: as to defendants Malcolm Carpenter and Justin Williams; Defendant Carpenter's second unopposed motion to extend the deadline to file pretrial motions [33] and defendant Williams' motion to join and adopt motion of co−defendant to extend deadline to file pretrial motions [35] are granted. No appearance necessary on 3/25/2014. Pretrial motions are extended to and including 5/13/2014. Status hearing set for 4/9/2014 is stricken and reset to 5/23/2014 at 9:00 A.M. Defendants' presence is waived for the next status hearing if after conferring with counsel either one or both chooses not to appear. Time continues to be excluded from 3/25/2014 through 5/23/2014 under 18 USC ‡;3161(h)(7)(A) and (B)(iv) until any motions are filed, at which time the exclusion is pursuant to 18 USC §3161(h)(1)(D). Mailed and telephoned notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.