UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | No: 13 CR 930-2 |
| | ) | |
| v. | ) | The Honorable |
| | ) | Milton I. Shadur, |
| **JUSTIN WILLIAMS**, | ) | Judge Presiding. |
| | ) | |
| Defendant. | ) | |

## MOTION TO JOIN AND ADOPT THIRD UNOPPOSED MOTION OF CO-DEFENDANT TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS

Now comes the Defendant, JUSTIN WILLIAMS, by and through his attorney, STEPHEN E. EBERHARDT, and moves this Honorable Court enter an Order granting the Defendant leave to join and adopt the Motion of Co-Defendant and extend the time for filing of pretrial motions as suggested by Defendant Carpenter.

    Respectfully submitted,

    */s/ Stephen E. Eberhardt*
    STEPHEN E. EBERHARDT
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I, Stephen E. Eberhardt, an Attorney, certify that on May 13, 2014, I served the attached document on the below listed parties pursuant to Fed.R.Crim.P.49, Fed.R.Civ.P 5, L.R. 5.5, and the General Order on Electronic Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

                                      */s/ Stephen E. Eberhardt*
                                        STEPHEN E. EBERHARDT
                                        16710 S. Oak Park Avenue
                                        Tinley Park, IL 60477
                                        708-633-9100

Kelly Greening
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604