**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA
                             Plaintiff,

v.                                                    Case No.: 1:13–cr–00930
                                                        Honorable Milton I. Shadur

Malcolm Carpenter, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: as to defendants Malcolm Carpenter and Justin Williams; Pursuant to the parties' oral request, status hearing set for 5/23/2014 is stricken and reset to 6/3/2014 at 9:15 A.M. Time continues to be excluded through 6/3/2014 under 18 USC §3161(h)(7)(A) and (B)(iv) until any motions are filed, at which time the exclusion is pursuant to 18 USC §3161(h)(1)(D). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.