UNITED STATES OF AMERICA

                                     Plaintiff,

v.                                                     Case No.: 1:13−cr−00930
                                                       Honorable Milton I. Shadur

Malcolm Carpenter, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2014:

      MINUTE entry before the Honorable Milton I. Shaduras to Justin Williams: Status held on 6/3/14 and continued to 7/9/14 at 8:45 am. The government advised this court that they are in plea negotiations with defendant hand delivered a copy of a draft plea agreement to the court. Presence of defendant at the 7/9/14 hearing date is waived. Time continues to be excluded through 7/9/14 under 18 USC §3161(h)(1)(G). Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.