UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                         Case No.: 1:13−cr−00930
                                                        Honorable Milton I. Shadur

Malcolm Carpenter, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: Status hearing held on 8/13/2014 and continued to 9/19/2014 at 9:00 a.m. Either defendants presence at the next status hearing is waived if after conferring with counsel he chooses not to appear. Should any defendant wish to appear counsel should contact the Assistant United States Attorney to arrange his presence. Time continues to be excluded through 9/19/2014 pursuant to 18 USC 3161(h)(1)(G). Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.