UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,
v.                                                  Case No.: 1:13−cr−00930
                                                    Honorable Milton I. Shadur
Malcolm Carpenter, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2014:

    MINUTE entry before the Honorable Milton I. Shadur as to Justin Williams: Status hearing held on 11/3/2014. Status hearing continued to 11/21/2014 at 9:15 a.m. Defendant's presence at that hearing is waived if after conferring with counsel he chooses not to appear Time is excluded through 11/21/2015 pursuant to 18 USC §3161(h)(1)(D). Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.