# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                            Case No.: 1:13–cr–00930
                                              Honorable Milton I. Shadur

Malcolm Carpenter, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2014:

    MINUTE entry before the Honorable Milton I. Shadur: The minute orders of 11/3/2014 documents numbers [51] and [52] are amended to reflect: Time is excluded through 11/21/2014 pursuant to 18 USC §3161(h)(1)(D). Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.