**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA
                                  Plaintiff,

v.                                                         Case No.: 1:13−cr−00930
                                                                  Honorable Milton I. Shadur

Malcolm Carpenter, et al.
                                  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2014:

      MINUTE entry before the Honorable Milton I. Shadur as to Justin Williams: Status hearing held on 11/21/2014 and continued to12/12/2014 at 8:45 a.m. Defendant's presence at that hearing is waived if after conferring with counsel he chooses not to appear. Time is excluded through 12/12/2014 pursuant to 18 USC §3161(h)(1)(D). Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.