# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                                     Case No.: 1:13–cr–00930
                                                             Honorable Milton I. Shadur

Malcolm Carpenter, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 11, 2014:

      MINUTE entry before the Honorable Milton I. Shadur as to Justin Williams: Status hearing set for 12/12/204 is vacated and reset to 1/15/2015 at 9:15 AM. Time continues to be excluded through 1/15/2015 pursuant to 18 USC §3161(h)(1)(D). Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.