# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that effective December 12, 2014, the Hon. Milton I. Shadur has elected to no longer receive new criminal cases; therefore

It is hereby ordered that the Clerk of Court is to reassign, by lot, the cases on the attached list as indicated to another district court judge of this Court.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 22nd day of December, 2014

Criminal cases to be reassigned from the Hon. Milton I. Shadur

| Judge | Case | |
|---|---|---|
| Bucklo | 13 cr 256 | USA v. Mendoza |
| Chang | 13 cr 850 | USA v. Jones |
| Chang | 14 cr 464 | USA v. Segura |
| Coleman | 12 cr 525 | USA v. Nichols, et al. |
| Darrah | 14 cr 61 | USA v. Cruz |
| Darrah | 14 cr 463 | USA v. Maclin, et al. |
| Der-Yeghiayan | 13 cr 677 | USA v. Cook |
| Dow | 13 cr 583 | USA v. Thompson, Willie |
| Durkin | 11 cr 800 | USA v. Raniey, et al. |
| Ellis | 13 cr 616 | USA v. Thompson, Edward |
| Feinerman | 13 cr 288 | USA v. Dillard, et al. |
| Gettleman | 12 cr 383 | USA v. Santiago, et al. |
| Guzman | 13 cr 851 | USA v. Ruiz |
| Kendall | 13 cr 930 | USA v. Carpenter, et al. |
| Kennelly | 13 cr 783 | USA v. Monarrez |
| Kocoras | 13 cr 679 | USA v. McQuerry |
| Leinenweber | 11 cr 691 | USA v. Sandoval, et al. |
| Lee | 13 cr 680 | USA v. Fancher |
| Lee | 14 cr 151 | USA v. Pickett, et al. |
| Lefkow | 09 cr 1047 | USA v. Norweathers |
| Norgle | 11 cr 502 | USA v. Betts-Gaston, et al. |
| Pallmeyer | 13 cr 961 | USA v. Lowe, et al. |
| Pallmeyer | 14 cr 366 | USA v. Thurman |
| Shah | 12 cr 203 | USA v. Gil-Lopez |
| St. Eve | 13 cr 300 | USA v. Garcia |
| St. Eve | 14 cr 390 | USA v. Johnson, et al. |
| Tharp | 13 cr 812 | USA v. Hamden |
| Tharp | 14 cr 658 | USA v. Herndon |
| Wood | 12 cr 737 | USA v. Palmer |
| Zagel | 09 cr 969 | USA v. Godinez-Gonzalez, et al. |
| Zagel | 14 cr 186 | USA v. Patro, et al. |