UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | No: 13 CR 930-2 |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia Kendall, |
| **JUSTINE WILLIAMS**, | ) | |
| | ) | |
| Defendant. | ) | |

## *EX PARTE* MOTION TO APPOINT EXPERT

NOW COMES the Defendant, Justin Williams, by his undersigned counsel, Stephen E. Eberhardt, and seeks an Order of this Court authorizing the appointment of an expert in this cause. In support thereof, the Defendant states the following:

1. This Court appointed undersigned counsel to represent the Defendant pursuant to 18 U.S.C. 3006A.

2. 18 U.S.C. 3006A provides for the appointment of counsel and "investigative, expert and other services necessary for adequate representation" of a Defendant charged with a felony. See also *Guidelines for the Administering the CJA and Related Statutes*, §310.10.10. Proceedings regarding such a request may be *ex parte*.

3. On or about November 14, 2014, undersigned received certain records.

4. Subsequent to receipt of said records, undersigned reviewed and discussed said records with Defendant.

1

5. Undersigned counsel believes that based on the review and discussion, the appointment of an expert is in the best interests of Defendant and his representation in this cause.

6. Undersigned counsel will provide the Court with further more detailed information regarding the reports and specific request *ex parte*.

WHEREFORE, Justin Williams respectfully requests that this Honorable Court enter an Order authorizing the appointment and payment of a expert for the purposes of addressing relevant issues in this cause.

Respectfully submitted,

*/s/ Stephen E. Eberhardt*
Attorney for Justin Williams

Stephen E. Eberhardt
16710 Oak Park Avenue
Tinley Park, IL 60477
708-633-9100

**CERTIFICATE OF SERVICE**

  I, Stephen E. Eberhardt, an Attorney, certify that on January 2, 2015, I served the attached document on the below listed parties pursuant to Fed.R.Crim.P.49, Fed.R.Civ.P 5, L.R. 5.5, and the General Order on Electronic Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

              */s/ Stephen E. Eberhardt*
              STEPHEN E. EBERHARDT
              16710 S. Oak Park Avenue
              Tinley Park, IL 60477
              708-633-9100


Kelly Greening
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604