UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | No: 13 CR 930-2 |
| | ) | |
| v. | ) | |
| | ) | Judge Virginia Kendall, |
| **JUSTINE WILLIAMS**, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: AUSA Kelly Greening
219 S. Dearborn, 5th floor
Chicago, IL 60604

    PLEASE TAKE NOTICE that on January 13, 2015 at 9:30 a.m., I shall appear before the Honorable Virginia Kendall in the courtroom usually occupied by her at 219 S. Dearborn, Chicago, IL 60604, for hearing on the attached ***EX PARTE* MOTION TO APPOINT EXPERT.**

                                      *Stephen E. Eberhardt*
                                      Attorney for Defendant

STEPHEN E. EBERHARDT
16710 Oak Park Avenue
Tinley Park, IL 60477
708-633-9100

# CERTIFICATE OF SERVICE

I, Stephen E. Eberhardt, an Attorney, certify that on January 2, 2015, I served the attached document on the below listed parties pursuant to Fed.R.Crim.P.49, Fed.R.Civ.P 5, L.R. 5.5, and the General Order on Electronic Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

*/s/ Stephen E. Eberhardt*
STEPHEN E. EBERHARDT
16710 S. Oak Park Avenue
Tinley Park, IL 60477
708-633-9100

AUSA Heather McShain
219 S. Dearborn, 5th floor
Chicago, IL 60604