UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

UNITED STATES OF AMERICA
                Plaintiff,

v.                                     Case No.: 1:13−cr−00930
                                     Honorable Virginia M. Kendall

Malcolm Carpenter, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 7, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:as to Malcolm Carpenter, Justin Williams, This case having been reassigned to the calendar of Judge Kendall, status hearing is reset for 1/15/2015 at 09:30 AM. in courtroom 2319. Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.