# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                     Case No.: 1:13–cr–00930
                                                      Honorable Virginia M. Kendall

Malcolm Carpenter, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 13, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion [62] for miscellaneous relief is granted as to Justin Williams (2). Status hearing set for 1/15/2015 is stricken and reset to 3/30/2015 at 09:30 AM. Time is hereby excluded to 3/30/2015 pursuant to 18:3161(a)(1)(A). Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.