UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JUSTIN WILLIAMS

No. 13 CR 930-2

Judge Virginia Kendall

**ORDER**

This matter having come before the Court for status, and the defendant having requested (without objection from the government) that defendant Justin Williams undergo an evaluation for competency,

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 4241, a psychiatric or psychological examination shall be conducted by the Issac Ray Forensic Group, LLC located at 65 East Wacker Street, Suite 2240, in Chicago, Illinois 60601, telephone (312) 621-9002, to determine whether the defendant Justin Williams is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2. Defendant Justin Williams shall participate in and cooperate with the evaluation.

3. A psychiatric or psychological report shall be filed with the Court pursuant to 18 U.S.C. § 4247(b) and (c), and shall include:

    a.  defendant's history and present symptoms;

    b.  a description of the psychological or psychiatric tests that were employed and their results;

    c.  the examiner's findings;

    d.  the examiner's opinion as to diagnosis and prognosis; and

    e.  an opinion whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that

1

he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

4. Time shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(a), for proceedings, including examinations, to determine the mental competency of defendant Justin Williams.

ENTERED:

Judge Virginia Kendall

Dated: 1-14-15