# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that 13 CR 930, *United States v. Carpenter*, et al, is currently pending before the Hon. Virginia M. Kendall and 14 CR 366, *United States v. Thurman*, is currently pending before the Hon. Rebecca R. Pallmeyer, and

It further appearing that Judge Kendall recuses herself from 13 CR 930 because she prosecuted Defendant, Malcolm Carpenter when she was an Assistant U.S. Attorney, and

It further appearing that the Hon Rebecca R. Pallmeyer has agreed to preside over 13 CR 930 and the Hon. Virginia M. Kendall has agreed to preside over 14 CR 366; therefore

It is hereby ordered that the Clerk of Court is to reassign 13 CR 930, *United States v. Carpenter*, et al, to the Hon. Rebecca R. Pallmeyer and 14 CR 366, *United States v.* Thurman to the Hon. Virginia M. Kendall.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 15th day of January, 2015